UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRONTLINE SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEASPINE ORTHOPEDICS CORPORATION ET AL., <br><br> Defendant. | Case No.: 23-cv-0077-JAH-BGS <br><br> **ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE** <br><br> **[ECF 9]** |

Having considered Defendant's Unopposed Motion to Continue the Early Neutral Evaluation Conference, the Court finds good cause for granting the request.

THE COURT HEREBY ORDERS THAT the Early Neutral Evaluation and Case Management Conference shall be continued to **June 7, 2023**, at 2:00 p.m.

Dated: March 15, 2023

Hon. Bernard G. Skomal
United States Magistrate Judge