# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRONTLINE SERVICES, INC., a Wyoming corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SEASPINE ORTHOPEDICS CORPORATION, a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 23-cv-00077-JAH-BGS<br><br>**ORDER GRANTING SECOND UNOPPOSED MOTION TO CONTINUE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE**<br><br>**[ECF 13]** |

On March 15, 2023, this Court granted Defendant's unopposed motion to continue the Early Neutral Evaluation and Case Management Conference (ENE/CMC) in this case, which had been scheduled to take place on May 31, 2023. (ECF 10.) Plaintiff has now filed an unopposed motion to continue the rescheduled, June 7, 2023, ENE/CMC. (ECF 13.)

"Parties seeking to continue an ENE must demonstrate good cause." *Yaghouti v. Standard Ins. Co.*, No. 3:21-cv-01621-AJB-AHG, 2022 WL 1493265, at *1 (S.D. Cal. Apr. 22, 2022). Although the Court finds no good cause to grant the motion,[1] it nevertheless exercises its general discretion to do so. *See Hill v.*

---

[1] "Requests to continue an ENE or other settlement conference based on preexisting scheduling conflicts should be raised within 10 days of the Court's issuance of the order setting the conference." Judge Skomal's Chambers' Rules, Section II(B). Plaintiff's request is based on a preexisting scheduling conflict, and the request has not been raised within 10 days of the Court's March 15, 2023, Order rescheduling the ENE/CMC. (*See* ECF 10.)

*Cty. of Maricopa*, No. CV-20-00603-PHX-GMS (MTM), 2022 WL 17038551, at *2 (D. Ariz. Nov. 17, 2022) (discussing a magistrate judge's discretion regarding its scheduling order).

Accordingly, the Court ORDERS the ENE/CMC shall be continued to **July 3, 2023, at 2:00 p.m.** Deadlines for each party's Confidential ENE Statement and the parties' Joint Discovery Plan shall be the close of business on June 20, 2023.

Dated:  May 25, 2023

Hon. Bernard G. Skomal
United States Magistrate Judge