Aaron F. Olsen (SBN 224947)
E-Mail: aolsen@fisherphillips.com
FISHER & PHILLIPS LLP
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858) 597-9600
Facsimile: (858) 597-9601

William O. Stein (SBN 150124)
E-Mail: wstein@fisherphillips.com
Nazanin Afshar (SBN 287485)
E-Mail: nafshar@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
SEASPINE ORTHOPEDICS CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FRONTLINE SERVICES, INC., a Wyoming corporation,

Plaintiff,

v.

SEASPINE ORTHOPEDICS CORPORATION, a Delaware corporation, and DOES 1 through 10, inclusive,

Defendant.

Case No: 23-cv-00077-JAH-DTF

*[Assigned to the Honorable John A. Houston, Courtroom 13B]*

**DECLARATION OF BRADLEY BOLLWINKEL IN SUPPORT OF DEFENDANT SEASPINE ORTHOPEDICS CORPORATION'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

DATE: July 10, 2024
TIME: 2:30 p.m.
DEPT: 13B

Complaint Filed: January 13, 2023
Trial Date: TBD

# DECLARATION OF BRADLEY BOLLWINKEL

I, Bradley Bollwinkel, hereby declare and state as follows:

1. I submit this declaration in support of SEASPINE ORTHOPEDICS CORPORATION's ("SeaSpine") Motion for Summary Judgment or, In the Alternative, Partial Summary Judgment. Based on my personal knowledge, I assert the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2. I am an independent contractor performing sales and marketing for a variety of companies. For instance, I was or have been an independent contractor for Plaintiff FRONTLINE SERVICES, INC. ("Frontline") between July 2019 and May 2022, Foothills Surgical from 2019 to the present, Rose & Associates from 2019 to the present, Metal Solutions between February 2019 to the present, and Panoply Services, LLC ("Panoply") from 2018 to the present. In general, my duties as a contractor entail marketing, selling, and promoting a variety of medical products – namely, hardware and orthobiologics – pursuant to contractual agreements governing the territory to which I have access, the products to be sold, and the commissions I will receive for those sales.

3. As a contractor for Panoply, which is owned and operated by my wife, Lisa Bollwinkel, I have access to and have knowledge of Panoply's business records, including documentation related to the sale, marketing, and promotion of medical products – records that Panoply creates and keeps in the ordinary course and scope of its business operations. On February 28, 2024, Panoply produced some of its business records, which I helped to gather, in response to a deposition notice issued by Frontline.

4. Since approximately 2019, in conjunction with my work as a contractor for Frontline, I regularly communicated with Frontline's CEO, Joshua Nacey, by text message. In gathering records to be produced with Panoply's

response to the deposition notice document requests, I searched and took screenshots of my text message exchanges with Mr. Nacey. I have taken several steps to confirm the text messages I captured were, in fact, communications I had with Mr. Nacey, including the following: I input Mr. Nacey's name into the search bar of the Messages application on my cellular telephone, I selected the text message chain that bore Mr. Nacey's name, I reviewed the information of the contact file to which Mr. Nacey's name was connected and confirmed the telephone number listed there was the correct cellular telephone number that I had for and used to communicate with Mr. Nacey throughout our relationship, and I also noted the "contact photograph" for Mr. Nacey's contact file was a picture of Mr. Nacey. I have no reason to believe that the contact information saved under Mr. Nacey's name in my cellular telephone is incorrect or inaccurate. Based on the foregoing, I can confidently state that attached hereto as **Exhibit A** are true and correct text messages exchanged between Mr. Nacey and myself.

5. In late 2020, I had discussions with a representative of SeaSpine, Kelly Harrington, regarding entering into a distributor agreement to market and sell SeaSpine's orthobiologics products at the medical facilities in Idaho where I regularly work. At that time, I represented several different companies in addition to selling SeaSpine *hardware* as a "Tier 3" Coverage Representative under the "Commission Structure 1099 Contractor" document ("Commission Structure") with Frontline, but neither the Commission Structure nor any other document governed SeaSpine *orthobiologics*. In fact, on many occasions, as a courtesy to both Frontline and SeaSpine, I would let Mr. Harrington know if SeaSpine orthobiologics supplies were running low in addition to retrieving the othrobiologics supplies from the storage shelves, making sure the products were in Dr. Justin Dazley's operating rooms, and training scrub technicians and Dr. Dazley on the proper preparation of the products because Frontline did not have a

representative present there to perform this service. This courtesy became increasingly burdensome over time, particularly since I received no compensation for it. Accordingly, in November 2020, another Panoply contactor, Nate Krier, asked Mr. Harrington whether SeaSpine would contract with Panoply so Panoply could receive compensation for the SeaSpine orthobiologics that I sold. A true and correct copy of my text messages to Mr. Harrington, on November 10, 2020, regarding the potential for a Panoply-SeaSpine contract, is attached hereto as **Exhibit B**.

6. I communicated with Mr. Harrington my willingness, on behalf of Panoply, to take on inventory and paperwork and to facilitate the sale of SeaSpine othrobiologics in conversation and via text message. A true and correct copy of one such message to Mr. Harrington, on January 13, 2021, is attached hereto as **Exhibit C**.

7. Eventually, in January 2021, SeaSpine entered into a distributor agreement with Panoply (the "Panoply Agreement") that enabled Panoply to market and sell SeaSpine orthobiologics on a non-exclusive basis to any surgeon or medical facility in Idaho, including but not limited to a surgeon with whom I frequently work and have a good relationship, Dr. Dazley, who performs surgeries at St. Luke's Magic Valley in Twin Falls, Idaho.

8. Prior to the Panoply Agreement, neither I nor Panoply had any contractual relationship that governed or provided commissions to me or Panoply for the marketing and sale of SeaSpine orthobiologics. Accordingly, prior to the Panoply Agreement, neither I nor Panoply was restricted, contractually or otherwise, from entering into the Panoply Agreement.

9. Neither Mr. Harrington nor any other SeaSpine employee or agent ever instructed me not to inform Mr. Nacey or Frontline of the Panoply Agreement.

I declare under penalty of perjury and under the laws of the State of

California that the foregoing is true and correct.

Executed on May 16, 2024, at Twin Falls, Idaho.

Bradley Bollwinkel

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On May 20, 2024 I served the foregoing document entitled **DECLARATION OF BRADLEY BOLLWINKEL IN SUPPORT OF DEFENDANT SEASPINE ORTHOPEDICS CORPORATION'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Joseph M. Preis<br>Oliver B. Dreger<br>Richard K. Angel<br>Benjamin G. Reynolds<br>GODES & PREIS, LLP<br>300 Spectrum Center Drive<br>Suite 1420<br>Irvine, CA 92618 | *Attorney for Plaintiff,*<br>*FRONTLINE SERVICES, INC.*<br><br>E: jpreis@gaplegal.com<br>E: obdreger@gaplegal.com<br>E: rangel@gaplegal.com<br>E: breynolds@gaplegal.com<br>E: smcnicoll@gaplegal.com<br>E: dfrederick@gaplegal.com<br>T: (949) 468-0051<br>F: (949) 872-2281 |

☐ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒ **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address listed above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed May 20, 2024 at Los Angeles, California.

| | |
|---|---|
| Amy Stark | By: */s/ Amy Stark* |
| Print Name | Signature |